**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: G.W.C., A MINOR  :  No. 466 WAL 2016

                                            :

                                            :

PETITION OF: T.F.C.                  :  Petition for Allowance of Appeal from
                                            :  the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.